**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOHN G. MCMAHAN**                                                                                          **PLAINTIFF**

**v.**                                              **Case No. 4:23-cv-00705-LPR**

**SCOTTY L. HODGES, individually, and in**
**his official capacity as Chief of Police in**
**and for the City of Benton, Arkansas;**
**ZACHARY MCANALLY, individually,**
**and in his official capacity as a Sergeant in**
**and for the Benton Police Department;**
**AND CITY OF BENTON ARKANSAS**                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 4th day of April 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE